# UNITED STATES DISTRICT COURT
for the
Southern District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)   Case No. '21 MJ3615
Information associated with a cellular telephone number )
(702) 863-8863 that is stored at premises controlled by )
AT&T Wireless )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the    Southern    District of    Florida   , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591 | Sex trafficking of children |
| 18 U.S.C. § 2423 | Transportation of Minors for Prostitution |

The application is based on these facts:
See Attached Affidavit of FBI Special Agent Drew Mycka, incorporated herein by reference.

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Drew Mycka*
Applicant's signature

Special Agent Drew Mycka, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

Date: 09/02/2021

*Mitchell D. Dembin*
Judge's signature

City and state: San Diego, California    Hon. Mitchell D. Dembin, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

I, Drew Mycka, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby declare as follows:

**INTRODUCTION**

1. I submit this affidavit in support of an application for a search warrant for the following:

a. AT&T Wireless (AT&T) located at 11760 U.S. Highway 1, North Palm Beach, Florida 33408, as described in Attachment A, to search the accounts associated with the cellular telephone number (702) 863-8863 (**Subject Account**) for subscriber information, telephone toll data, and cell-site geo-location information, for the period of January 1, 2021 up to and including April 24, 2021. There is probable cause that these records and information constitute evidence, fruits, and instrumentalities of violations of federal criminal law, namely, 18 U.S.C §§ 1591 (Sex Trafficking of a Minor) and 2423 (Transportation of a Minor to Engage in Prostitution), as described in Attachment B. This affidavit and application are sought pursuant to Rule 41 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 2703(a), which applies to providers of electronic communication services. In this case, as will be shown below, AT&T provide electronic communication services in the form of cellular and wireless telephone service for the **Subject Account**.

**AGENT EXPERIENCE AND BACKGROUND**

2. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code.

3. I am a Special Agent ("SA") with the FBI, United States Department of Justice. I have been a Special Agent since October 2014. I am currently assigned to the Child Exploitation Task Force of the San Diego Field Office, where I assist in the

investigation of crimes concerning child exploitation and human trafficking. I have been employed by the FBI since September of 2009 and served as an Intelligence Analyst prior to becoming a Special Agent. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence seizure and processing, and various other criminal laws and procedures.

4. The facts in this affidavit come from my personal observations, my training and experience, and information from other law enforcement officers and witnesses. Since this affidavit is for the limited purpose of obtaining the requested warrant, it does not set forth every fact that I or other law enforcement personnel may have learned in connection with this ongoing investigation.

**FACTS IN SUPPORT OF PROBABLE CAUSE**

5. On April 22, 2021, the SDHTTF received an alert from the National Center for Missing and Exploited Children (NCMEC) of a 17-year-old female runaway juvenile believed to be involved in commercial sex in Texas, Arizona, Nevada, and San Diego. The NCMEC alert identified a possible pimp, and provided social media photographs of that individual. On April 22, 2021, Task Force Officers (TFOs) from the SDHTTF located active online advertisements offering commercial sex services in San Diego, California on the website "megapersonals[1]" depicting a juvenile who they believed to be MF, and listing a contact phone number of XXX-XXX-1883[2].

6. TFO M. Wiener, acting in an undercover capacity, posed as a sex buyer or "john" and on April 22, 2021 contacted the phone number ending in -1883 using a

---

[1] In my training and experience, I am familiar with the website megapersonals.com, which I know to be a website on which individuals can place advertisements for commercial sex that operates in and affecting interstate and foreign commerce.

[2] The telephone number ending in -1883 has already been requested for a cell-site search warrant.

recorded phone line[3]. Shortly thereafter, MF ceased communications. Communications resumed on April 24, 2021 and TFO Wiener negotiated a commercial sex encounter for "fs" or "full service"[4] in exchange for $300. The user of XXX-XXX-1883 directed TFO Wiener to 333 W. Harbor Drive, San Diego, California (Marriott Marquis Hotel) in the Southern District of California. TFOs and San Diego Police Department (SDPD) uniformed officers set up surveillance in and around the hotel to watch for MF and the individual believed to be acting as her pimp.

7.  At approximately 6:00 p.m. on April 24, 2021, TFO Wiener informed the user of XXX-XXX-1883 that he had arrived to the hotel, and was directed to meet him at the south elevators in the hotel lobby. TFO Wiener went to the elevators, and received a call from XXX-XXX-1883 confirming that he was at the elevators. Shortly after that call, TFOs observed a male (later determined to be EVANS) exit the elevators, briefly glance at TFO Wiener, and then walk away.[5] TFO Wiener then received another phone call from XXX-XXX-1883 stating that she was on her way down the elevators. At approximately 6:05 p.m., MF exited the elevators. She was contacted and detained by TFOs. At approximately 6:20 p.m., SDPD officers, in full uniform, contacted EVANS a short distance away, and detained him. TFO Wiener called XXX-XXX-1883 and MF's phone rang.

8.  TFOs spoke with hotel staff, who confirmed that EVANS had been observed in the company of MF. They provided surveillance footage which showed EVANS checking in to hotel room #2049 on April 21, 2021. The room was listed as registered to a "Robert Smith" with an approved guest of "Matthew Lee." On EVANS' person, TFOs located an identification card with the name "Matthew Lee." Also in his possession was

---

[3] All communications between the user of telephone ending in -1883 and TFO Wiener in his undercover capacity are recorded.
[4] In my training and experience, I know that "fs" or "full service" is a slang term that refers to both vaginal intercourse and oral sex.
[5] In my training and experience, I know that it is common for a pimp to stay nearby, either to ensure the safety of a sex worker or to check for the presence of law enforcement.

a hotel room key, which TFOs confirmed accessed room #2049, and two cellular phones. MF provided TFOs with verbal consent to retrieve her belongings from room #2049. Inside, TFOs observed clothing and belongings of MF as well as a male. They also observed several condoms.

9. MF was taken into protective custody and was interviewed. She stated that she met EVANS, who she knows as "Drip," approximately three months prior while she was in Texas under the control of another pimp. During that time, she told him that she was 17-years old. Approximately three weeks prior, in early April, she began communicating with EVANS. They agreed that MF would give EVANS all of her commercial sex earnings, and he would pay for her daily expenses, including food, clothing, hair, nails, and hotels. MF stated that in the past approximately three weeks, they traveled from Arizona to Nevada and then to San Diego. She initially stated that they traveled via Greyhound bus from Las Vegas to Los Angeles, and then took an Uber (rideshare service) from Los Angeles to San Diego, although in a later interview she confirmed that they drove from Las Vegas to San Diego. She estimated that while in San Diego, she had earned approximately $1,500 daily from commercial sex. EVANS collects the money from her after each encounter. She stated that she primarily communicated with EVANS via text message, and that he was stored in her phone either as "Drip" or "Daddy."

10. TFOs located commercial sex advertisements depicting MF in Texas on April 5-6, 2021; in Arizona from April 7-10, 2021; in Las Vegas, Nevada from April 11-12, 2021; and in San Diego, California from April 14-22, 2021.

11. MF consented to the search of her phone. In MF's phone, TFOs located text messages with a contact stored as "Daddy P[6]" and a phone number of XXX-XXX-3680[7].

---

[6] In my training and experience, I know that it is common for sex workers to refer to their pimps as "Daddy." I further know that it is common for a pimp to be referred to as "p" for short.

[7] The telephone number ending in -3680 has already been requested for a cell-site search warrant.

4

TFOs reviewed those messages and determined that they were consistent with commercial sex work; including directives for MF to collect money from sex buyers, MF paying a "fee" for not following the rules, and exchanging photographs that were used in commercial sex advertisements. Within the photo gallery of MF's phone, TFOs located recent videos of EVANS and MF together in the hotel room in San Diego.

12. EVANS was arrested at the scene and booked into county jail for violations of California PC 236.1(c)(1) (human trafficking of a minor); PC 266h(a) (pimping) and 266i(a) (pandering). During his post-arrest interview, he provided his contact information, including a cellphone number of XXX-XXX-3680, the same number stored as "Daddy P" in MF's phone.

13. At the time of his arrest, EVANS had two cellphones on his person, **Subject Account** and XXX-XXX-3680. Following his arrest, EVANS asked for a phone number out of his cellphone. Due to being handcuffed, he told Agents his passcode to retrieve phone numbers. In his presence Agents retrieved the requested phone numbers and locked the phone after. Agents did not conduct a search of his phone.

14. Based on the facts above, there is reason to believe that EVANS, using **Subject Account** and XXX-XXX-3680, communicated with MF, using XXX-XXX-1883, and/or that Evans used the **Subject Account** in the commission of commercial sex activities. Additionally, given that people traditionally carry cellular phones on their persons and are rarely away from home without their cellular phones, and given the location where each of the phones was found, I believe that EVANS and MF possessed these cellular devices as they traveled from Arizona, to Nevada, to San Diego for the purpose of commercial sex. I believe that the **Subject Account** will produce evidence that provides further corroboration of these events and details as provided by MF in her initial statement to law enforcement.

15. Based on my training and experience, and my consultation with other law enforcement officers, I am aware that AT&T routinely collects and stores data for the electronic communication accounts to which it and other providers issue telephone

1 numbers. The data includes: (i) subscribers' contact and billing information; (ii) detailed information concerning subscribers' incoming and outgoing telephone calls; (iii) detailed information concerning subscribers' outgoing direct calls, text message, and SMS messages; and (iv) detailed information concerning cell-site geo-location data.

16. In particular, I know that cell phones connect to a provider's network through cell towers or cell sites. The particular tower or site may change as a phone moves from one location to another. Providers automatically record and retain this connection data as part of the subject account. Records and data identifying the towers or sites to which a phone connected therefore tend to identify the phone's and phone user's location at particular times.

17. Given these facts, I seek a warrant to search the **Subject Account** for the records and information in Attachment B.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**PRIOR ATTEMPTS TO OBTAIN THIS EVIDENCE**

18. On May 6, 2021, the Honorable William V. Gallo, United States Magistrate Judge, signed a warrant directing T-Mobile to provide information associated with cellular telephone number 702-842-8843, at the time believed to be the **Subject Account**. (21-MJ-1824.) However, upon further review, Investigators realized that the correct telephone number associated with the **Subject Account** is in fact (702) 863-8863, and is hosted by AT&T Wireless. As such, the United States resubmits this application to request the data for the corrected telephone number from AT&T. The United States is unaware at this time of other attempts by the U.S. government to obtain this data by other means.

*Drew Mycka*
Drew Mycka
Special Agent, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 2 day of September 2021.

*Mitchell D. Dembin*
HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge

7

# ATTACHMENT A
## PROPERTY TO BE SEARCHED

AT&T Wireless (AT&T) hosts the electronic communication account associated with the telephone number (702) 863-8863 that is the subject of this search warrant and search warrant application (**Subject Account**). AT&T is an electronic communication service provider whose primary computer information systems and other electronic communications and storage systems, records, and data are located at 11760 U.S. Highway 1, North Palm Beach, Florida 33408.

# ATTACHMENT B
# ITEMS TO BE SEIZED

I. <u>Service of Warrant</u>

The officer executing the warrant shall permit the Provider in Attachment A, as custodian of the electronic files described in Section II below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer.

II. <u>Items to Be Seized</u>

Agents shall seize the following records, data, and information covering January 1, 2021 up to and including April 24, 2021 and maintained by the Provider for the subject account identified in Attachment A:

a. Subscriber information, including:
   i. Names;
   ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
   iii. Local and long distance telephone connection records;
   iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
   v. Length of service (including start date) and types of service utilized;
   vi. Telephone or instrument numbers, including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");
   vii. Other subscriber numbers or identities; and
   viii. Means and source of payment (including any credit card or bank account number) and billing records.

b. Records and other information about past wire or electronic communications sent or received by the subject account, including:
   i. the date and time of the communication;
   ii. the method of the communication;
   iii. the source and destination of the communication, such as the source and destination telephone numbers (call detail records), email addresses, or IP addresses; [and]

9

iv. Cell site locations and sectors for all outgoing and incoming voice, SMS, MMS, and Data communications;

Which are evidence of violations of 18 U.S.C. §§ 1591 and 2423.

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS
PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T,** and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T**, and they were made by **AT&T** as a regular practice; and

b. such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

   1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

   2. the process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____
Date                                  Signature